2-26-po-02761-0834

# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| EV61 | E 2600791 | ROMAN | 24 |

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 08/28/2026 2148 | 36 CFR 4.23(a)(1) |

Place of Offense

LEE HIGHWAY @ SUNSET RD

Offense Description: Factual Basis for Charge HAZMAT ☐

DUI DRIVING UNDER INFLUENCE

DEFENDANT INFORMATION [redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| CLARK | BRADLEY | M |

Street Address

[redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| ULL5547 | VA | 11 | ACURA | | SIL |

APPEARANCE IS REQUIRED

A ☒ If Box A is checked, you must appear in court. See instructions.

APPEARANCE IS OPTIONAL

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ ______ Forfeiture Amount

+ $30 Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov → $ ______ Total Collateral Due

YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: US District Court, 401 Courthouse Sq, Alexandria, VA 22314

Date: 10/22/26

Time: 0900

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature ______________________

Original - CVB Copy

CVB SCAN 09/29/2026 11:47

## STATEMENT OF PROBABLE CAUSE

(For issuance of an arrest warrant or summons)

I state that on ______, 20__ while exercising my duties as a law enforcement officer in the ______ District of ______

The foregoing statement is based upon:

☒ my personal observation ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/28/2026 [signature]

Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______________________

Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 09/29/2026 11:47